# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| RODNEY CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-1254-T-An |
| | ) |
| THE PROCTER & GAMBLE MANUFACTURING COMPANY, a corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendant Procter & Gamble's motion for extension of time in which to file its motion for summary judgment is hereby **GRANTED**. Procter & Gamble shall file its motion for summary judgment within 30 days after Plaintiff has concluded its 30(b)(6) deposition(s) of Defendant. *but no later than July 29, 2005*

So ordered this 3rd day of May, 2005.

_____
S. Thomas Anderson
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01254 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT