IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY
SP

JUL 14 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

WILLIE CARNEY,

    Plaintiff,

VS.                                                                 No. 04-1253-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

RODNEY CLARK,

    Plaintiff,

VS.                                                                 No. 04-1254-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

FRED JONES,

    Plaintiff,

VS.                                                                 No. 04-1256-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/15/05

34

REGINALD CHARLES,

    Plaintiff,

VS.                                                          No. 04-1255-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

## ORDER OF REFERENCE

Defendant's Motion for Protective Order is hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

14 July 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01254 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT