# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

WILLIE CARNEY,

    Plaintiffs,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

No. 1-04-1253-T-An
JURY TRIAL DEMANDED

---

RODNEY CLARK,

    Plaintiffs,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

No. 1-04-1254-T-An
JURY TRIAL DEMANDED

---

FRED JONES,

    Plaintiffs,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

No. 1-04-1256-T-Ma
JURY TRIAL DEMANDED

---

**ORDER**

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __8/5/05__

36

This cause comes before the court on Plaintiffs' motion to extend time to respond to Defendant's motion for protective order. Upon due consideration of Plaintiffs' motion and the record in this cause, the Court finds that the motion is well taken and should be granted.

ACCORDINGLY, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED, that Plaintiffs motion to extend time shall be granted and that Plaintiffs shall have until August 2, 2005 in which to respond to Defendant's motion for protective order.

ENTER THIS __05th__ DAY OF __August__, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01254 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT